# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKY L. MILLER, JR.,     **:**
 Petitioner      **:**
           **:**   **No. 1:21-cv-02130**
 v.        **:**
           **:**   **(Judge Kane)**
MICHAEL ZAKEN, <u>et</u> <u>al.</u>,   **:**
 Respondents     **:**

## ORDER

**AND NOW**, on this 15th day of April, 2024, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus filed by pro se Petitioner Ricky L. Miller, Jr. ("Petitioner"), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. Petitioner's motion for leave to amend (Doc. No. 24) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania